United States Bankruptcy Court
District of Arizona

In re:                                                                                                                 Case No. 24-09825-SHG
Jessica Marie Rodriguez                                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                         User: admin                                                 Page 1 of 2
Date Rcvd: Nov 18, 2024                                 Form ID: 309A                                    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Marie Rodriguez, 1715 S Church St, Safford, AZ 85546-9572 |
| 17566680 | | 09 Music and Arts, 770 Lynnhaven Pkwy, Virginia Beach, VA 23452-7324 |
| 17566687 | + | FreePort McMoran, Po Box 981910, El Paso, TX 79998-1910 |
| 17566686 | + | Freeport McMoran, 333 N Central Ave, Phoenix, AZ 85004-2189 |
| 17566690 | + | Law Office of James R. Vaughan, P.C., 11445 E V?a Linda, Scottsdale, AZ 85259-2655 |
| 17566695 | | Richard and Lily Garoutte, 811 W. S. Court Street, Safford, AZ 85546 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trezzaecfnotices@gmail.com | Nov 18 2024 22:53:00 | STEPHEN MARK TREZZA, THE ARIZONA LAW GROUP OF TREZZA AND ASSO, 4011 E BROADWAY #200, TUCSON, AZ 85711 |
| tr | + | EDI: QSJKARTCHNER.COM | Nov 19 2024 03:37:00 | STANLEY J KARTCHNER, 7090 N ORACLE RD #178-204, TUCSON, AZ 85704-4333 |
| smg | | EDI: AZDEPREV.COM | Nov 19 2024 03:37:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17566679 | ^ | MEBN | Nov 18 2024 22:49:23 | 08 Capital One Bank USA N A, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 17566681 | ^ | MEBN | Nov 18 2024 22:48:38 | Cng Holdings, Inc., 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 17566682 | ^ | MEBN | Nov 18 2024 22:48:39 | Cng Holdings, Inc., 7755 Montgomery Rd, Ste 500, Cincinnati, OH 45236-4325 |
| 17566683 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2024 22:58:08 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 17566685 | | Email/Text: bankruptcy@flagshipcredit.com | Nov 18 2024 22:56:00 | Flagship Credit Acceptance, Attn: Bankruptcy, PO Box 965, Chadds Ford, PA 19317-0643 |
| 17566684 | | Email/Text: bankruptcy@flagshipcredit.com | Nov 18 2024 22:56:00 | Flagship Credit Acceptance, PO Box 3807, Coppell, TX 75019-5877 |
| 17566688 | | Email/Text: admin@kinum.com | Nov 18 2024 22:57:00 | Kinum, 770 Lynnhaven Pkwy, Virginia Beach, VA 23452-7324 |
| 17566689 | | Email/Text: admin@kinum.com | Nov 18 2024 22:57:00 | Kinum, Inc., Attn: Bankruptcy, 770 Lynnhaven Pkwy, Ste 160, Virginia Beach, VA 23452-7343 |
| 17566691 | | Email/Text: bk@lendmarkfinancial.com | Nov 18 2024 22:53:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 17566693 | | EDI: PRA.COM | Nov 19 2024 03:37:00 | Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

| | | | | |
| --- | --- | --- | --- | --- |
| 17566694 | | EDI: PRA.COM | Nov 19 2024 03:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 17566692 | + | Email/Text: mnavarro@persolve.com | Nov 18 2024 22:55:00 | Persolve Recoveries LLC, 9301 Corbin Ave, Northridge, CA 91324-2508 |
| 17566696 | + | EDI: VERIZONCOMB.COM | Nov 19 2024 03:37:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| STANLEY J KARTCHNER | trustee@aztrustee.com  skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com |
| STEPHEN MARK TREZZA | on behalf of Debtor Jessica Marie Rodriguez trezzaecfnotices@gmail.com 16667@notices.nextchapterbk.com,trezza.stephenb114702@notify.bestcase.com,trezza.stephenb114702@notify.bestcase.com,trezza.stephenb114702@notify.bestcase.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | | |
|---|---|---|---|
| **Debtor 1:** | Jessica Marie Rodriguez<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5350<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: 7  11/15/24 | |
| Case number: | 4:24–bk–09825–SHG | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jessica Marie Rodriguez | |
| 2. | **All other names used in the last 8 years** | aka Jessica Marie Barragan, aka Jessica Marie Chairez, aka Jessica Marie Bonilla, aka Jessica Marie Palomino | |
| 3. | **Address** | 1715 S Church St<br>Safford, AZ 85546 | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MARK TREZZA<br>THE ARIZONA LAW GROUP OF TREZZA AND ASSO<br>4011 E BROADWAY #200<br>TUCSON, AZ 85711 | Contact phone 520–327–4800<br>Email: trezzaecfnotices@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | STANLEY J KARTCHNER<br>7090 N ORACLE RD #178–204<br>TUCSON, AZ 85704 | Contact phone 520–742–1210<br>Email: trustee@aztrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**  **38 S. Scott Avenue**  **Tucson, AZ 85701–1704** | Office Hours:  8:30 am – 4:00 pm Monday–Friday  Contact Phone: (520) 202–7500  Date: 11/18/24 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2025 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 423 268 9099, and Passcode 5677104616, OR call 1–520–779–9840** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/14/25** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.  Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 4:24-bk-09825-SHG   Doc 7   Filed 11/18/24   Entered 11/20/24 22:41:50   Desc Imaged Certificate of Notice   Page 4 of 4